In the Matter of the Claim of ELOISE SCOTT, Respondent, against WHITEHOUSE & COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 11, 1939; decided May 16, 1939.

*Reid A. Curtis* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order of Appellate Division and award of State Industrial Board reversed and claim dismissed, with costs in all courts against State Industrial Board. The deceased was not in the course of his employment at the time of his death. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.